IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER FROST,

    Plaintiff,

v.

WARDEN WILLIAM J. POLLARD,
LIEUTENANT SWIETAWSKI and
SARAH COOPER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-394-slc

    This action came for consideration before the court with DISTRCT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

AUG - 3 2009
_____
Date